```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     WESTERN DISTRICT OF MISSOURI
                           WESTERN DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
     v.                         )  Criminal Action No.
                                )  11-00068-01-CR-W-DGK
SACHAY M. STEWARD,              )
                                )
            Defendant.          )

## REPORT AND RECOMMENDATION

On March 8, 2011, defendant filed a motion for a judicial determination of mental competency. Defendant was examined by John H. Wisner, M.D., a psychiatrist, who found that defendant was competent in a report dated April 5, 2011.

On April 7, 2011, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Ronna Holloman-Hughes. The government was represented by Assistant United States Attorney David Barnes. The parties stipulated to the contents and findings of Dr. Wisner as the only evidence of whether the defendant is competent to stand trial and to assist in her defense (Tr. at 3-4).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in her defense. Therefore, it is

---

[1] "Tr". refers to the transcript of the competency hearing.

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in her defense.

Any objections to this Report and Recommendation shall be filed by April 18, 2011.

        /s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
April 14, 2011