IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SACHAY M. STEWARD, )<br>)<br>Defendant. ) | Criminal Action No.<br>11-00068-01-CR-W-DGK |

## O R D E R

On March 9, 2011, the Court ordered the defendant to undergo a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241 for a judicial determination of defendant's mental competency. Defendant was examined by Dr. John H. Wisner, who prepared a report dated April 5, 2011, in which he opined defendant was competent to stand trial.

During a competency hearing held before United States Magistrate Judge Robert E. Larsen on April 7, 2011, defendant and the government stipulated to the report of Dr. Wisner. A report and recommendation was entered by Judge Larsen on April 14, 2011, recommending defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent review of the record and applicable law, it is

ORDERED that the Report and Recommendation of Magistrate Judge Larsen is adopted in its entirety. This Court finds that defendant is not currently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or assisting in her own defense and that she is competent to stand trial.

                                                    /s/ Greg Kays
                                                  GREG KAYS
                                                  United States District Judge

Kansas City, Missouri
April 22, 2011